**KOUTSOUDAKIS & IAKOVOU** | LAW GROUP PLLC



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 1 6 2020

March 13, 2020

**Via: CM/ECF**
The Honorable George B. Daniels
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: MAR 1 6 2020

Re:   Morales et. al. v. Tecton Café Inc. et al.
      1:19-cv-03303-GBD

Your Honor,

The parties have a mediation scheduled for March 19, 2020 at 9:00 a.m. and write to respectfully request an adjournment. In an abundance of caution and in light of the coronavirus, the respective parties would like to reschedule the mediation to April 27, 2020 at 10:30 am. In the meantime, the parties will continue to negotiate and hope to reach a resolution in this case.

Respectfully Submitted,

Andreas Koutsoudakis (AK 4162)