UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ESTEBAN MORALES,                             :
                                             :
            Plaintiff,                       :   ORDER
                                             :
      -v.-                                   :
                                             :   19 Civ. 3303 (GBD) (GWG)
TECTON CAFE INC., et al.,                    :
                                             :
            Defendants.                      :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

The deadline for the completion of all discovery having expired and the deadline for the filing of a summary judgment motion before Judge Daniels having also expired, the parties are directed to file the pre-trial materials required by paragraphs VI.A and VI.B of Judge Daniels' Individual Practices on or before July 14, 2021.

Dated:  New York, New York
        June 30, 2021

                                        SO ORDERED:

                                        _____
                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge