UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ESTEBAN MORALES,                                  :

                                                  :
          Plaintiff,                              :     ORDER
                                                  :
      -v.-                                        :
                                                  :     19 Civ. 3303 (GBD) (GWG)
TECTON CAFE INC., et al.,                         :
                                                  :
          Defendants.                             :
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      It has been reported to the Court that the parties have reached a settlement of this matter. Because this case contains one or more claims arising under the Fair Labor Standards Act, it must be approved pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015.

      The parties are directed to make such an application to District Judge George B. Daniels on or before August 18, 2021, and in compliance with any applicable Individual Practices of Judge Daniels. The deadline for the submission of pre-trial materials is adjourned sine die.

      If the parties consent to have this action adjudicated by the undersigned, they may complete a consent form under 28 U.S.C. § 636(c).  The form is available at: https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge If the case is reassigned, the same deadline for submission of the application will apply unless an extension is sought and obtained.

      SO ORDERED.

Dated: July 28, 2021
       New York, New York

                                                                                                 _____
                                                                       GABRIEL W. GORENSTEIN
                                                                       United States Magistrate Judge