UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ESTEBAN MORALES and
JORGE RAYMUNDO RIVERA,

                Plaintiffs,

      -against-

TECTON CAFÉ INC., STACEY SOSA,
and ELIAS SOSA,

                Defendants.

------------------------------------- x

ORDER

19 Civ. 3303 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court has been advised that the parties have reached agreement on all issues in this FLSA matter. Pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties shall move for settlement approval by December 9, 2021.

Dated: November 9, 2021
       New York, New York

                              SO ORDERED.

                              GEORGE B. DANIELS
                              United States District Judge