UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
ESTEBAN MORALES and
JORGE RAYMUNDO RIVERA,

                Plaintiffs,

       -against-

TECTON CAFÉ INC., STACEY SOSA, and
ELIAS SOSA,

                Defendants.
------------------------------------x

ORDER

19 Civ. 3303 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

       Plaintiffs and Defendants have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF No. 50.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

    1.    The settlement payment to Plaintiffs in the amount of $31,000.00 is approved;

    2.    The payment of attorneys' fees and costs in the amount of $10,143.00, and expenses in the amount of $571.00 to Plaintiffs' counsel is approved.

Dated: January \_\_, 2022   *JAN 03 2022*
New York, New York

                                        SO ORDERED.

                                        */s/ George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge